# THE SCHER LAW FIRM, LLP

ONE OLD COUNTRY ROAD, SUITE 385
CARLE PLACE, NY 11514

MARTIN H. SCHER\*
JONATHAN L. SCHER\*

AUSTIN R. GRAFF

DAVID J. GRECH
ALEXANDRA J. HOWELL

\* Also Admitted in District of Columbia

TEL: 516-746-5040
FAX: 516-747-9100

W. SCOTT KERSHAW
COUNSEL

ROBERT S. NAYBERG
(1959 - 2012)

November 25, 2015

**VIA ECF**
Hon. Arthur D. Spatt, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:  Cincotta v. Hempstead Union Free School District
     E.D.N.Y. Dkt. No. 15-cv-4821(ADS)(ATK)

Dear Judge Spatt:

Our law firm represents the Defendant in the above-referenced Action.

On October 21, 2015, the Defendants filed a Motion to Dismiss Plaintiff's Complaint. On November 18, 2015, the Plaintiff filed an Amended Complaint. This letter shall serve as Defendants' request to withdraw their Motion to Dismiss, **without prejudice**.

Thank you for your courtesies in this matter.

Respectfully submitted,

THE SCHER LAW FIRM, LLP

Austin Graff

ARG:am
cc:  Sean O'Hara (via ECF)